In the Matter of the Claim of J. J. MCNAMARA, Respondent, against NEW YORK STATE RAILWAYS, Appellant.

## STATE INDUSTRIAL BOARD, Respondent.

*Workmen's Compensation Law — constitutional law — award to state treasurer — contention that to compel payment will contravene Federal Constitution overruled.*

*McNamara v. N. Y. State Railways,* 202 App. Div. ——, affirmed.
(Argued May 29, 1922; decided May 31, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1922, unanimously affirming an award of the state industrial board made under the Workmen's Compensation Law. An employee of appellant was killed in an accident arising out of and in the course of his employment. The state industrial board made an award of $100 to the state treasurer pursuant to subdivision 7 of section 15 of the Workmen's Compensation Law and a further award of $900 to the state treasurer pursuant to subdivision 8 of section 15 of the Workmen's Compensation Law. Appellant contended that the award was unfair and unreasonable and in the nature of a tax and that to compel payment will deprive appellant of its property without due process of law and deny to it equal

protection of the law in contravention of section 1 of the Fourteenth Amendment to the Federal Constitution.

*Robert E. Whalen* for appellant.

No appearance for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.